**CENTER FOR INDIVIDUAL RIGHTS**

1100 CONNECTICUT AVENUE, N.W., SUITE 625
WASHINGTON, D.C. 20036
(765) 543-6606 | clase@cir-usa.org

December 4, 2024

Molly Dwyer
United States Court of Appeals
Ninth Circuit
VIA ACMS

**Re: Notice of Supplemental Authority,** *Firestone, et al. v. Yellen, et al.*, **No. 24-6979**

Dear Ms. Dwyer:

Appellants wish to alert the Court to pertinent authority issued yesterday, December 3, 2024, which bears on this case. In this case, the issue is whether the Corporate Transparency Act ("CTA") complies with Article I of the Constitution and the First and Fourth Amendments. Specifically, Appellants argued that Congress exceeded its authority under the Commerce Clause and the Necessary and Proper Clause when it passed the CTA.

On December 3, 2022, the United States District Court for the Eastern District of Texas issued a nationwide injunction against enforcement of the CTA in *Texas Top Cop Shop, Inc., et al. v. Merrick Garland, et al.*, No. 4:24-CV-478 (attached). The court held that the CTA likely exceeds Congress' authority under the Commerce

Clause. In relevant part, the court explained that "the CTA does not regulate the channels or instrumentalities of commerce," nor does it "regulate an activity within the meaning of the Commerce Clause." Op. at 39, 44. And because "Congress may not invoke the substantial effects doctrine to regulate future activities or no activity at all," the CTA is likely outside Congress' commerce power. *Id.* at 46. Even assuming the CTA regulates "activity" within the meaning of the Commerce Clause, it "still lays beyond Congress's commerce power." *Id.*

The court also held that the CTA likely "finds no constitutional solace" under the Necessary and Proper Clause. *Id.* at 55, 73. This is because the CTA is not necessary to effectuate Congress' commerce, foreign affairs, or taxing powers. *Id.* at 56, 65, 72.

As Appellants argued, the CTA and its associated reporting rule exceed Congress' authority under Article I. The district court's issuance of a nationwide injunction against the CTA and reporting rule confirms that to be true.

Sincerely,

/S/      Christian Clase
CHRISTIAN CLASE

CALEB KRUCKENBERG  
Center for Individual Rights  
1100 Connecticut Avenue, Suite 625  
Washington, D.C. 20036  
Clase@cir-usa.org

THOMAS R. RASK III  
JULIE PARRISH  
Kell, Alterman, & Runstein, L.L.P.  
520 SW Yamhill Street, Suite 600  
Portland, Oregon 97204

*Attorneys for Appellants*
