IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

FIRESTONE, et al.,

        *Plaintiffs-Appellants*,

    v.

YELLEN, et al.,

        *Defendants-Appellees*.

Case No. 24-6979

## MOTION FOR WITHDRAWAL

Undersigned counsel hereby withdraws her appearance as Counsel for Amicus Curiae Senators Sheldon Whitehouse, Ron Wyden, Elizabeth Warren, Jack Reed, and Representative Maxine Waters Supporting Appellees. Ms. Miller will no longer be employed with Democracy Forward Foundation as of April 30, 2025. Amicus Curiae will continue to be represented by other counsel of record.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Kristen Miller*

Kristen Miller (D.C. Bar No. 229627)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426

kmiller@democracyforward.org

*Counsel for* Amici Curiae

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in Times New Roman 14-point font using Microsoft Word for Office 365. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 56 words.

Dated: April 30, 2025              */s/ Kristen Miller*
                                    Kristen Miller

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

Dated: April 30, 2025                  */s/ Kristen Miller*
                                       Kristen Miller