**FILED**

MAY 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL FIRESTONE; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury; et al.,<br><br>    Defendants - Appellees. | No. 24-6979<br><br>D.C. No. 3:24-cv-01034-SI<br>District of Oregon, Portland<br><br>ORDER |

The government's motion hold proceedings in abeyance (Dkt. 45) is granted. This case is removed from the May 15, 2025, San Francisco calendar and will be rescheduled at a later date. The case is returned to the clerk's office for assignment to the next available calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT